

FILED
DEC 1 3 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Your Honor,                                              09 December, 2021

My name is Walter Lane, N82063 I have Been incarcerated for over 35 years and During all That time I never thought that I would have to write the court to Beg for help concerning toilet tissue. I was transfered to Illinois River correctional center on november 2, 2021 and it is my understanding as a ward of The State that The State under law must provide Basic human needs I have several medical conditions That Require more than one Roll of tissue each week, I have purchased from the inmate commissary additional Rolls to account for That useage however Both times I've tried to purchase That tissue the commissary had none Available, I filed a grievance concerning this matter and to Date Illinois River has not Responded. When I asked Staff for tissue I was told they have none. I have a Deviated Septum which Results in sinus infections Along with Being a type 2 Diabetic and the medication I take has me urinating every several hours Requiring The use of even more tissue, Right now I am using wash cloths to Blow my nose But cannot Do The Same for urination Due to Sanitation conditions, Illinois River even During This pandemic Does not issue cleaning Supplies of any kind, I had to use two wash cloths to wipe after Defecating which I had to flush I ordered several more wash cloths But The commissary only gave me 1 So each week now I have to hold Bowel

movement! to every other Day, I'm 63 years old that's not easy and when another inmate asked for tissue he was told "Wipe your ass with a sock for all I care" So what other option Does Illinois River give me, I can't purchase tissue and they will only give me one roll a week, I can't even see the Doctor to obtain a medical permit for an additional roll Because we've Been on Quarantine for over 30 Days so I now Come Before this Court and pray that you can find it in your heart to issue a court order for and additional roll of toilet tissue, as I said if I could purchase tissue I can and will and would only use this order to obtain tissue when the commissary has none available, Thank you for your time and Consideration in this matter.

Sincerely,

Walter Lane, N82063

Illinois River Correctional Center

P.O. Box 999

Canton, Illinois 61520

—2—